UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAMES FERRARA,

                Plaintiff,

  -against-

SYSCO BOSTON, LLC and JASON BREGOLI.

                Defendants.
-----------------------------------------------------------------------X

Docket No.: 1:20-cv-05797

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 50.1 of the Local Rules of the United States District Court for the Eastern District of New York, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for defendants SYSCO BOSTON, LLC and JASON BREGOLI, certifies to the following:

      Sysco Boston, LLC, is a wholly owned subsidiary of Sysco Corporation. Sysco Corporation is a publicly held corporation that trades on the New York Stock Exchange (symbol "SYY"). No publicly held corporation or individual owns 10% or more of Sysco Corporation's stock.

      I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**[The remainder of this page is intentionally left blank.]**

Dated: New York, New York
December 1, 2020

                            HAWORTH BARBER & GERSTMAN, LLC

                            /s/ Scott Haworth
                            Scott Haworth (SH-5890)
                            45 Broadway, Suite 2110
                            New York, New York 10006
                            Telephone: (212) 952-1100
                            Facsimile: (212) 952-1110
                            Scott.Haworth@hbandglaw.com
                            Attorneys for Defendants
                            Sysco Boston, LLC and Jason Bregoli

TO: *All counsel of record via ECF*

Lonny Levitz, Esq.
Kuharski, Levitz & Giovinazzo, Esq.
176 Hart Boulevard
State Island, New York 10301
Telephone: (718) 448-1600
llevitz@klawnyc.com
Attorneys for Plaintiff
James Ferrara