UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES FERRARA,

                                  Plaintiff,

      -against-

SYSCO BOSTON, LLC and JASON BREGOLI,

                                Defendants.
-----------------------------------------------------------------X

Civil Action No.: 1:20-cv-05797

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above entitled action be and the same hereby is dismissed, with prejudice, inclusive of any and all cross-claims and/or counter-claims, and without costs as to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that copies of this Stipulation with electronic signatures may be used for all purposes in lieu of an original.

Dated:      New York, New York
              July 26, 2022

| KUHARSKI, LEVITZ & GIOVINAZZO, ESQ. | HAWORTH BARBER & GERSTMAN, LLC. |
|---|---|
| By: _____ | By: _____ |
| Michael Kuharski, Esq. | Scott Haworth, Esq. |
| Lonny Levitz, Esq. | 80 Broad Street, 24th Floor |
| 176 Hart Boulevard | New York, New York 10004 |
| State Island, New York 10301 | Telephone: (212) 952-1100 |
| Telephone: (718) 448-1600 | Scott.Haworth@hbandglaw.com |
| MKuharski@klglawyer.com | Attorneys for Defendants |
| llevitz@klawnyc.com | SYSCO BOSTON, LLC and JASON |
| Attorneys for Plaintiff | BREGOLI |
| JAMES FERRARA | |